| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | MICHAEL A. MOLANO (SBN 171057) |
| 2 | JENNIFER T. LORCH (SBN 267647) |
| | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
| | Palo Alto, California  94306-2112 |
| 4 | Telephone:    (650) 331-2000 |
| | Facsimile:     (650) 331-2061 |
| 5 | Email:          mmolano@mayerbrown.com |
| |                      jlorch@mayerbrown.com |

Attorneys for Petitioner
CURRICULUM ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CURRICULUM ASSOCIATES, LLC, a Massachusetts limited liability company, | Civil Action No. CV-12-2690 CRB |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE HEARING DATES AND AMEND BRIEFING SCHEDULE** |
| v. | |
| LETSGOLEARN, INC., a Delaware corporation, | [Civil L.R. 6-2] |
| Respondent. | |

1. On May 25, 2012, Petitioner, Curriculum Associates, LLC ("CA") filed a Motion to Confirm Arbitration Award and Enter Judgment ("Motion to Confirm").  Dkt. No. 1.

2. On June 13, 2012, this Court issued an order relating the case to *Curriculum Associates, LLC v. Letsgolearn, Inc,.* Case No. 11-1060 CRB, and reassigned the case to this Court before the Honorable Charles R. Breyer.  Dkt. No. 5.  Due to this reassignment, the Motion to Confirm was taken off calendar and is currently not set for hearing.  CA is prepared to re-notice the Motion to Confirm to August 24, 2012 upon the Court's approval.

3. On July 2, 2012, Respondent, Let's Go Learn, Inc. ("LGL"), filed a Motion to Modify Arbitration Award ("Motion to Modify"). The Motion to Modify is currently set for hearing on August 24, 2012 at 10:00 a.m.  Dkt. No. 7.

4. In the interest of judicial efficiency, the parties jointly request that this Court consolidate the hearing dates for Curriculum Associates, LLC's Motion to Confirm and LGL's Motion to Modify so that both motions be heard by this Court on August 24, 2012 at 10:00 a.m.

5. Pursuant to Civil L.R. 6-2, there have been no previous modifications of time in this case.

6. The parties specifically stipulate to the following hearing and briefing schedule and request that the Court enter this schedule in this case.

**Motion to Confirm**

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| **Opposition** | None Set | July 27, 2012 |
| **Reply** | None Set | August 3, 2012 |
| **Hearing Date** | None Set | August 24, 2012 |

**Motion to Modify**

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| **Opposition** | July 16, 2012 | July 23, 2012 |
| **Reply** | July 23, 2012 | August 6, 2012 |
| **Hearing Date** | August 24, 2012 | August 24, 2012 |

[■■■■■■■■] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 10___, 2012      _____
Hon. Charles R. Breyer
United States District Judge

