IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRICULUM ASSOCIATES LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>LET'S GO LEARN, INC.,<br><br>         Defendant. | No. C 12-02690 CRB<br><br>**ORDER GRANTING MOTION TO CONFIRM ARBITRATION AWARD AND DENYING MOTION TO MODIFY ARBITRATION AWARD** |

The Court, having carefully considered the briefings of both parties in this case and the arguments at the hearing, and for the reasons stated in open court, hereby orders as follows:

1. Curriculum Associates, LLC's Motion to Confirm Arbitration Award is GRANTED.
2. Let's Go Learn, Inc.'s Motion to Modify Arbitration Award is DENIED.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2690\Order Granting Mot. to Conf. Arb. Award.wpd