IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRICULUM ASSOCIATES LLC,<br>　　　　Plaintiff,<br>　v.<br>LET'S GO LEARN, INC.,<br>　　　　Defendant.　　　　　　　／ | No. C 12-02690 CRB<br><br>**JUDGMENT** |

　　　The Court, having granted Curriculum Associates, LLC's motion to confirm the arbitration award by Order dated October 10, 2012 (dkt. 30), hereby orders judgment to be entered as follows:

　　　1.　　The Arbitration Final Award entered by Arbitrator Susan Nycum of the American Arbitration Association on March 29, 2012 is hereby confirmed.

　　　2.　　Judgment is hereby entered against Let's Go Learn, Inc. in accordance with the Arbitration Final Award, including that Let's Go Learn, Inc. pay to Curriculum Associates, LLC a total amount of $1,237,377.50 (plus applicable interest) as set forth in the Arbitration Final Award and itemized as follows:

　　　　　a.　　$712,849 in damages to be paid over a three year period with interest accruing beginning March 29, 2015 at the rate of five percent over the Federal Reserve discount rate;

      b.      $500,000 in attorney's fees with interest accruing from March 29, 2012 at the rate of five percent over the Federal Reserve discount rate;

      c.      $11,850 in costs with interest accruing from March 29, 2012 at the rate of five percent over the Federal Reserve discount rate; and

      d.      $12,678.50 in fees and costs of the Arbitrator in the Arbitration with interest accruing from March 29, 2012 at the rate of five percent over the Federal Reserve discount rate.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE