MTNkM2QwZWFlOTNmZDk1MnwwLjE= https://doc-0o-18-docsviewer.googleusercontent.com/viewer/secure...

```
 1  MARCO QUAZZO (State Bar No. 142182; mq@bcltlaw.com)
    SAMIR J. ABDELNOUR (State Bar No. 271636; sja@bcltlaw.com)
 2  BARG COFFIN LEWIS & TRAPP, LLP
    350 California Street, 22nd Floor
 3  San Francisco, California 94104-1435
    Telephone: (415) 228-5400
 4  Fax: (415) 228-5450

 5  Attorneys for Respondent
    LET'S GO LEARN, INC.
 6
 7
                      UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
10
11  CURRICULUM ASSOCIATES, LLC a          Civil Action No. CV 12-02690 CRB
    Massachusetts limited liability company,
12                                         NOTICE AND [PROPOSED] ORDER RE:
              Petitioner,                  SUBSTITUTION OF COUNSEL FOR
13                                         RESPONDENT LET'S GO LEARN, INC.
         v.
14
    LETSGOLEARN, INC., a Delaware
15  corporation,

16            Respondent.

17
18
...
28
```

BARG COFFIN LEWIS & TRAPP ATTORNEYS LLP

NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC.
Civil Action No. CV12-02690 CRB

2650824.1-SJA

3/5/2013 4:23 PM

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(E) and Civil L.R. 11-5,
3  Respondent Let's Go Learn, Inc., hereby agrees to substitute as its legal counsel the LAW
4  OFFICES OF PETER M. STANWYCK, located at Dunn Building—Suite 200, 725 Washington
5  Street, Oakland, California, 94607, in the place and stead of BARG COFFIN LEWIS & TRAPP,
6  LLP, located at 350 California Street—22nd Floor, San Francisco, California, 94104.

7  This Substitution may be signed in counterparts.

9  I consent to this substitution.                LET'S GO LEARN, INC.

10 Dated: March 6, 2013                           By: /s/ [signature]
11                                                 Its: President / CEO

13 I consent to this substitution.                BARG COFFIN LEWIS & TRAPP, LLP

14 Dated: March 6, 2013                           /s/ [signature]
15                                                 MARCO QUAZZO

17 I consent to this substitution.                LAW OFFICES OF PETER M. STANWYCK

18 Dated: March 30, 2013                          /s/ [signature]
19                                                 PETER M. STANWYCK

21 IT IS SO ORDERED.

22 Dated: March 9, 2013

   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

   [STAMP: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

BARG COFFIN LEWIS & TRAPP
ATTORNEYS LLP

NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC.
Civil Action No. CV12-02690 CRB

2

2650824.1-SJA

3/5/2013 4:23 PM

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, state that I am a citizen of the United States of America |
| 3 | and I am employed in the county of Alameda. I am over eighteen years, and not |
| 4 | a party to the within action; my business address is 725 Washington Street, Suite |
| 5 | 200, Oakland, California 94607. |
| 6 | I am familiar with the firm's process for collecting and processing mail with |
| 7 | the United States Postal Service by depositing with the United States Post Office |
| 8 | at Oakland, California or by shipping via overnight delivery service by deposit in a |
| 9 | service pick up box on the same day. |
| 10 | On the date stated below, I served a true and correct copy of the following |
| 11 | document(s): NOTICE and [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL |
| 12 | FOR RESPONDENT LET'S GO LEARN, INC., on the attorneys of record in this |
| 13 | action as listed herein by: |

☑ **[MAIL]** placing them in a sealed postage pre-paid envelope in accordance with the firm's system for depositing that day with the United States Post Office in Oakland, California.

☐ **[OVERNIGHT]** placing them in a sealed pre-paid overnight delivery envelope in accordance with the firm's system for placement that day in an overnight service pick-up box in Oakland, California.

☐ **[EMAIL]** email at the email address(es) indicated and without receiving a notice after a reasonable time that the email was unsuccessful.

The name and address of each attorney so served is:

| | |
|---|---|
| Michael A. Molano | Marco Quazzo |
| MAYER BROWN LLP | BARG COFFIN LEWIS & TRAPP, LLP |
| Intellectual Property Group | 350 California Street, 22nd Floor |
| Two Palo Alto Square, Suite 300 | San Francisco, California 94104 |
| 3000 El Camino Real | |
| Palo Alto, California 94306 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 2, 2013.

*Tanya Yee*
Tanya Yee