MARCO QUAZZO (State Bar No. 142182; mq@bcltlaw.com)
SAMIR J. ABDELNOUR (State Bar No. 271636; sja@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Respondent
LET'S GO LEARN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRICULUM ASSOCIATES, LLC a Massachusetts limited liability company,<br><br>Petitioner,<br><br>v.<br><br>LETSGOLEARN, INC., a Delaware corporation,<br><br>Respondent. | Civil Action No. CV12-02690 CRB<br><br>NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC. |

NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC.
Civil Action No. CV12-02690 CRB

2650824.1-SJA

3/5/2013 4:23 PM

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(E) and Civil L.R. 11-5,
3  Respondent Let's Go Learn, Inc., hereby agrees to substitute as its legal counsel the LAW
4  OFFICES OF PETER M. STANWYCK, located at Dunn Building—Suite 200, 725 Washington
5  Street, Oakland, California, 94607, in the place and stead of BARG COFFIN LEWIS & TRAPP,
6  LLP, located at 350 California Street—22nd Floor, San Francisco, California, 94104.

7  This Substitution may be signed in counterparts.

9  I consent to this substitution.        LET'S GO LEARN, INC

10 Dated: March 6, 2013                   By: /s/
11                                          Its: President / CEO

13 I consent to this substitution.        BARG COFFIN LEWIS & TRAPP, LLP

14 Dated: March 6, 2013                   /s/
15                                        MARCO QUAZZO

17 I consent to this substitution.        LAW OFFICES OF PETER M. STANWYCK

18 Dated: March 30, 2013                  /s/
19                                        PETER M. STANWYCK

21 IT IS SO ORDERED.

22 Dated: March 9, 2013
23                                        CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

   IT IS SO ORDERED
   Judge Charles R. Breyer

BARG COFFIN LEWIS & TRAPP
ATTORNEYS LLP

28                                                                                    2

NOTICE AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC.
Civil Action No. CV12-02690 CRB                                              2650824.1-SJA

3/5/2013 4:23 PM

PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States of America and I am employed in the county of Alameda. I am over eighteen years, and not a party to the within action; my business address is 725 Washington Street, Suite 200, Oakland, California 94607.

I am familiar with the firm's process for collecting and processing mail with the United States Postal Service by depositing with the United States Post Office at Oakland, California or by shipping via overnight delivery service by deposit in a service pick up box on the same day.

On the date stated below, I served a true and correct copy of the following document(s): NOTICE and [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL FOR RESPONDENT LET'S GO LEARN, INC., on the attorneys of record in this action as listed herein by:

- ☑ **[MAIL]** placing them in a sealed postage pre-paid envelope in accordance with the firm's system for depositing that day with the United States Post Office in Oakland, California.

- ☐ **[OVERNIGHT]** placing them in a sealed pre-paid overnight delivery envelope in accordance with the firm's system for placement that day in an overnight service pick-up box in Oakland, California.

- ☐ **[EMAIL]** email at the email address(es) indicated and without receiving a notice after a reasonable time that the email was unsuccessful.

The name and address of each attorney so served is:

Michael A. Molano
MAYER BROWN LLP
Intellectual Property Group
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306

Marco Quazzo
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on April 2, 2013.

*Tanya Yee*
Tanya Yee